# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wilkinson III, James H. | Fourth US Circuit Court of Appeals | 5/12/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Circuit Court Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

255 W. Main Street Room 230
Charlottesville, VA 22902

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Virginia Historical Society |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. to date | I will receive no salary from my former employer, the University of Virginia Law School. There will be no continuing participation (contd Part VIII) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson III, James H. | 5/12/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Oxford University Press, book royalties | $495.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson III, James H. | 5/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wilkinson III, James H.** | 5/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Trust # 1 (H) | | | | | | | | | |
| 2.   - Albemarle Corp Common Stock | B | Dividend | L | T | | | | | |
| 3.   - AT&T Common Stock | D | Dividend | M | T | | | | | |
| 4.   - Corteva Inc. | A | Dividend | K | T | Spinoff (from line 7) | 05/31/19 | J | | |
| 5.   - Deere & Co Common Stock | D | Dividend | O | T | Sold (part) | 04/24/19 | K | E | |
| 6.   - Dow Inc. | C | Dividend | L | T | Spinoff (from line 7) | 04/01/19 | L | | |
| 7.   - DuPont De Nemours Inc. Common Stock (formerly DowDuPont Inc.) | B | Dividend | L | T | | | | | |
| 8.   - Duke Energy Corp Common Stock | D | Dividend | M | T | | | | | |
| 9.   - Enbridge Inc. Common Stock | C | Dividend | L | T | | | | | |
| 10.   - General Electric Corp Common Stock | A | Dividend | | | Sold | 08/19/19 | L | E | |
| 11.   - Johnson & Johnson Common Stock | B | Dividend | L | T | | | | | |
| 12.   - Kraft Heinz Co Common Stock | A | Dividend | J | T | Sold (part) | 08/19/19 | J | B | |
| 13.   - Lilly Eli & Co Common Stock | C | Dividend | M | T | | | | | |
| 14.   - Merck & Co Common Stock | C | Dividend | M | T | | | | | |
| 15.   - Mondelez International Inc Common Stock | A | Dividend | J | T | | | | | |
| 16.   - Pfizer Inc Common Stock | C | Dividend | L | T | | | | | |
| 17.   - Proctor & Gamble Co Common Stock | D | Dividend | N | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wilkinson III, James H.** | 5/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   - Royal Dutch Petroleum Shell Co Common Stock | D | Dividend | M | T | | | | | |
| 19.   - Truist Financial Corp Common Stock (formerly SunTrust Banks Inc.) | B | Dividend | L | T | | | | | |
| 20.   - Vanguard 500 Index Fd | D | Dividend | O | T | | | | | |
| 21.   - Vanguard Emerging Markets Stock Index Fund | A | Dividend | J | T | | | | | |
| 22.   - Vanguard FTSE Emerging Mkts ETF | B | Dividend | L | T | | | | | |
| 23.   - Vanguard Limited-Term Tax-Exempt Fund | E | Dividend | P1 | T | | | | | |
| 24.   - Vanguard Mid-Cap Value Index Fund Admiral | C | Dividend | M | T | | | | | |
| 25.   - Vanguard Small-Cap Value Index Fund | C | Dividend | M | T | | | | | |
| 26.   - Vanguard Developed Mkts Index Fd | D | Dividend | N | T | | | | | |
| 27.   - Wabtec Corp. Common Stock | | None | | | Spinoff<br>(from line 10) | 02/25/19 | J | | |
| 28. | | | | | Sold | 03/15/19 | J | | |
| 29.   - Federated Fd - TR MMMKT | C | Interest | M | T | | | | | |
| 30. | | | | | | | | | |
| 31.   IRA #1 (H) | | | | | | | | | |
| 32.   - Vanguard 500 Index Fd | B | Dividend | L | T | | | | | |
| 33.   - Vanguard Dev Mkts Index Fd | A | Dividend | K | T | Sold<br>(part) | 03/14/19 | J | A | |
| 34. | | | | | Sold<br>(part) | 03/21/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wilkinson III, James H.** | 5/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  - Vanguard FTSE Emerging Mkts ETF | A | Dividend | J | T | | | | | |
| 36.  - Vanguard Growth Index Fd | A | Dividend | L | T | | | | | |
| 37.  - Vanguard Mid-Cap Value Index Fund Admiral | A | Dividend | J | T | | | | | |
| 38.  - Vanguard Small-Cap Index Fund | A | Dividend | J | T | | | | | |
| 39.  - PWM Fid Master Dept Acct - SunTrust Money Mkt | A | Interest | J | T | | | | | |
| 40. | | | | | | | | | |
| 41.  Trust #2 (H) | | | | | | | | | |
| 42.  - Albemarle Corp Common Stock | A | Dividend | K | T | | | | | |
| 43.  - AT&T Inc Common Stock | B | Dividend | K | T | | | | | |
| 44.  - Corteva Inc. | A | Dividend | J | T | Spinoff<br>(from line 46) | 05/31/19 | J | | |
| 45.  - Dow Inc. Common Stock | A | Dividend | J | T | Spinoff<br>(from line 46) | 04/01/19 | J | | |
| 46.  - DuPont De Nemours Inc. Common Stock (formerly DowDuPont Inc.) | A | Dividend | J | T | | | | | |
| 47.  - Duke Energy Corp Common Stock | A | Dividend | K | T | | | | | |
| 48.  - Enbridge Inc. Common Stock | A | Dividend | J | T | | | | | |
| 49.  - Johnson & Johnson Common Stock | C | Dividend | M | T | | | | | |
| 50.  - Lincoln Natl Corp Common Stock | C | Dividend | M | T | | | | | |
| 51.  - Merck & Co Inc Common Stock | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  - Pfizer Inc Common Stock | B | Dividend | K | T | | | | | |
| 53.  - Royal Dutch Shell Sponsored Common Stock | B | Dividend | K | T | | | | | |
| 54.  - Vanguard 500 Index Fund | D | Dividend | N | T | | | | | |
| 55.  - Vanguard Dev Mkts Index Fd | C | Dividend | M | T | | | | | |
| 56.  - Vanguard Emerging Markets Stock Index Fund | A | Dividend | K | T | | | | | |
| 57.  - Vanguard Growth Index Fd | A | Dividend | L | T | | | | | |
| 58.  - Vanguard Intermediate Term Tax-Exempt Fund | D | Dividend | N | T | | | | | |
| 59.  - Vanguard Mid-Cap Growth Index Fund | A | Dividend | K | T | | | | | |
| 60.  - Vanguard Mid-Cap Value Index Fund Admiral | A | Dividend | K | T | | | | | |
| 61.  - Vanguard - Small Cap Index Fund | A | Dividend | K | T | | | | | |
| 62.  - Federated Fd - TR MMMKT | A | Interest | K | T | | | | | |
| 63. | | | | | | | | | |
| 64.  Deposit Accounts (H) | | | | | | | | | |
| 65.  - SunTrust Interest Checking #1 | A | Interest | K | T | | | | | |
| 66.  - SunTrust Checking #2 | | None | K | T | | | | | |
| 67.  - SunTrust Checking #3 | | None | J | T | | | | | |
| 68. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson III, James H. | 5/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Trust #3 (H) | | | | | | | | | |
| 70. - Vanguard 500 Index Fd | B | Dividend | L | T | | | | | |
| 71. - Vanguard Dev Mkts Index Fd | C | Dividend | L | T | | | | | |
| 72. - Vanguard Emerging Markets Stock Index Fund | B | Dividend | L | T | | | | | |
| 73. - Vanguard Growth Index Fd | B | Dividend | M | T | Sold (part) | 09/25/19 | K | D | |
| 74. - Vanguard Limited-Term Tax-Exempt Fd | D | Dividend | N | T | Buy (add'l) | 09/25/19 | K | | |
| 75. - Vanguard Mid-Cap Value Index Fund Admiral | B | Dividend | L | T | | | | | |
| 76. - Vanguard Russell 1000 Value Index Fund | B | Dividend | L | T | | | | | |
| 77. - PWM Fid Master Dept Acct - SunTrust Money Mkt | A | Interest | J | T | | | | | |
| 78. | | | | | | | | | |
| 79. Davenport Brokerage (H) | | | | | | | | | |
| 80. - Davenport Core Mutual Fund (X) | C | Dividend | N | T | | | | | |
| 81. - Davenport Equity Opptys Mutual Fund (X) | D | Distribution | M | T | | | | | |
| 82. - U S Treasury Oligs Cii (X) | A | Interest | M | T | | | | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wilkinson III, James H.** | 5/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wilkinson III, James H.** | 5/12/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I: Positions
I receive no compensation for my service.  The start date for each non-profit position was June, 2013.

Part II: Agreements
RE: I will rec, contd… in any benefit plan provided by the University, although past pension benefits are vested.  My mortgage was provided at a favorable rate available to faculty members and had to be refinanced within 6 months of leaving the University.  The mortgage was paid in full on 02/09/1985.

Part VII: Investments and Trusts
Trust #1
My Revocable Trust

Spinoff of Wabtec Corp by General Electric, effective 02/25/2019

DowDupont split into three companies; Dow Inc. (04/01/2019), Corteva Inc. (05/31/2019), Dupont De Nemours Inc. (06/03/2019)

SunTrust Banks Inc Common Stock completed its merger with BB&T to form Truist Financial Corp, effective 12/09/2019

IRA
My current IRA

Trust #2
My         Revocable Trust

DowDupont split into three companies; Dow Inc. (04/01/2019), Corteva Inc. (05/31/2019), Dupont De Nemours Inc. (06/03/2019)

Trust #3
Irrevocable GST Trust for me (from           trust).
This trust was created from           Trust (her Revocable Trust became an Irrevocable Interim Trust - after her death) which was split into two shares, after IRS approval was received, for           and me.  My share later became this trust.

Davenport Brokerage
My         account

These two mutual funds and the U.S. Treasury Oligs were inherited by           from           in 2018.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James H. Wilkinson III**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544